AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Middle District of Pennsylvania  ▼

<table>
<tr><td>United States of America<br>v.<br>Rohitkumar Patel;<br>Vinaykumar Patel<br><br><br><br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. 4:21-mj-00078<br><br>FILED<br>WILLIAMSPORT<br><br>AUG 0 2 2021<br><br>PER <i>CAW</i><br>DEPUTY CLERK</td></tr>
</table>

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 21, 2019 to August 2, 2021   in the county of   Clinton   in the

_____ Middle _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | Visa Fraud |
| 18 U.S.C. 1341 | Mail Fraud |
| 18 U.S.C. 1035(a)(2) | False Statements regarding Healthcare Matters |
| 18 U.S.C. 371 | Conspiracy to commit Visa Fraud |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Harris, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:      08/02/2021

_____
Judge's signature

City and state:      Williamsport, Pennsylvania

Honorable William I. Arbuckle, Magistrate Judge
Printed name and title